JOHN JOQUEL, Respondent, v. ALFRED WALLACH, S. A., a Foreign Corporation, Existing under the Laws of the Republic of France, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

LOUIS CASS and Others, Respondents, v. ALBERT W. WERTSCH and Another, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

CHARLES ROEHM, Appellant, v. FLORENCE ROEHM, Respondent.— Order reversed and motion granted on condition that a full bill of particulars with respect to the circumstances relied on for the course of conduct to be proved be furnished to the defendant within ten days from service of order. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

JULES FEI, Respondent, v. COMMERCIAL FACTORS CORPORATION, Appellant, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant Commercial Factors Corporation to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

SADIE COHEN, Respondent, v. TILLIE WACHT and Others, as Executors, etc., of SAMUEL WACHT, Deceased, and Others, Appellants, Impleaded with Others, Defendants. — Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of ORIENTAL YARNS, INC., Appellant, for an Order Directing that Arbitration Proceed, etc., between Petitioner and ALBERT TILT, Trading under the Trade Name and Style of ALBERT TILT COMPANY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

KATHLEEN GABLIK, Appellant, v. ANTHONY J. GABLIK, Respondent.— Order modified by increasing amount directed to be paid to plaintiff for her support and maintenance to the sum of fifty dollars per week, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

THOS. PIPITONE, INC., and Others, Appellants, v. PIPITONE SALES CORPORATION and THOMAS PIPITONE, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 141 CONSTRUCTION CORPORATION and JACOB O. PEDERSEN, Appellants, v. JAMES J. SEXTON and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.